UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW MEXICO

PACER Cover Sheet
for Electronically Filed Documents

Any data shown here are current as of 06/10/06 . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:** James H. Harvey and Donna S. Harvey

**Case Number:** 05-14132

## Document Information

**Description:** Report of Trustee from 341 Meeting of Creditors - Concluded.

Received on: 2005-06-27 14:03:08.000

Date Filed: 2005-06-27 00:00:00.000

Date Entered On Docket: 2005-06-29 00:00:00.000

## Filer Information

**Submitted By:** Michael Caplan

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

| **Debtor(s):** HARVEY, JAMES H | **Case No.** 05-14132-SA |
|---|---|
| HARVEY, DONNA S | |

### REPORT OF TRUSTEE FROM §341 MEETING OF CREDITORS including (if checked)
_____ Trustee's Motion to Dismiss   _____ Debtor(s) Change of Address

| Date of Meeting:06/24/05 | Petition:05/20/05 | Date Converted: |
|---|---|---|

**APPEARANCES:**
Counsel for Debtor(s): HARRY G. W. GRIFFITH                    Failed to Appear: (___)
(___)   Debtor(s) failed to appear: (___) Husband (___) Wife (___) Other
(___)   Debtor(s) failed to cooperate with trustee pursuant to 11 U.S.C. §521

**MEETING DISPOSITION:**
(___)   None. Awaiting outcome of motion to dismiss. Attach list of attendees for possible future re-noticing.
( X )   Meeting concluded.
(___)   Meeting adjourned to Date _____ Time _____ City _____.
        Announced at meeting. No further notice will be given.
(___)   Meeting continued. Notice to be given to all who requested notice by signing the attached list.

**INITIAL REPORT OF TRUSTEE:**
( X )   I report that I have neither received any property nor paid any money on account of this estate except exempt property, and that I have made a diligent inquiry into the financial affairs of the debtor(s) and the location of the property belonging to the estate, and that there is no property available for distribution from the estate over and above that exempted by law. Pursuant to Fed. R. Bankr. P. 5009, I certify that this estate has been fully administered. I request that this report be approved and that I be discharged from any further duties as trustee.
(___)   I ask the clerk to send notice of possible dividend to all creditors and other parties in interest.
(___)   I defer the determination of whether or not there are assets in this estate from which a dividend to creditors may be paid. I will make the determination no later than _____, which is no more than 60 days from the first scheduled meeting of creditors. During that time frame, I will investigate assets.

**TRUSTEE'S MOTION TO DISMISS:**
I ask the court to dismiss this case pursuant to 11 U.S.C. §707(a) for:
(___)   failure of _____ to appear at this §341(a) meeting
(___)   failure of _____ to appear at previously scheduled §341(a) meeting
(___)   failure of debtor(s) to file Fed. R. Bankr. P. 1019 documents
(___)   (on request of United States Trustee) failure of debtor(s) to file (___) schedules  (___) statements  (___)
(___)   other: (___)

I certify that I shall mail a copy of this motion to debtor's counsel or debtor, *pro se,* within one (1) business day.

Mary E. May, United States Trustee                              Dated: June 24, 2005

By: _____            /s/ MICHAEL J. CAPLAN
                                                Name:   MICHAEL J. CAPLAN, Trustee
    P. O. Box 608                               Address: 827 EAST SANTA FE AVENUE
    Albuquerque, NM 87103-0608                           GRANTS, NM 87020
    Telephone: (505) 248-6546                            (505) 287-8891

**CHANGE OF ADDRESS OF DEBTOR(S)**

I ask the clerk of the court to change the address of the debtor(s) to:

Dated:_____    Debtor Signature:_____

                                       Joint Debtor Signature:_____