# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW MEXICO

## PACER Cover Sheet
## for Electronically Filed Documents

Any data shown here are current as of  06/10/06    . Any element of information on this form, except the received date, is subject to change as changes may be made to the Court's official docket.

**Case Title:**     James H. Harvey and Donna S. Harvey

**Case Number:**    05-14132

### Document Information

**Description:**    Final Decree

**Received on:**    2005-09-01 06:45:27.000

**Date Filed:**     2005-08-29 00:00:00.000

**Date Entered On Docket:**    2005-08-29 00:00:00.000

### Filer Information

**Submitted By:**    Conversion of Data from ACE legacy system

**If this form is attached to the document identified above, it serves as an endorsed copy of the document as it existed on the above date. To confirm that nothing has changed since then, review the docket.**

500 Gold Ave. SW, 10th Floor
P.O. Box 546
Albuquerque, NM 87103-0546

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW MEXICO**

CASE NO.: 7 - 05 - 14132 - SA

IN RE:

DEBTOR(S):
James H. Harvey , SSN xxx-xx-8415

Donna S. Harvey , SSN xxx-xx-7796

DEBTOR(S) ADDRESS:
19 William Bonney Road
Edgewood, NM 87015

# FINAL DECREE

The estate of the debtor(s) having been fully administered,

IT IS THEREFORE ORDERED that Michael J. Caplan is discharged as trustee of the estate, the bond is cancelled, and this Chapter 7 case is closed.

Within four days of the date noted below copies of this document were mailed to the parties shown on the mailing list attached to the original of this document on file with the clerk.

BY THE COURT

James S. Starzynski
U.S. Bankruptcy Judge

Doc.No. 8-1

Date of entry on docket: 8/29/05
FORM fnldecree7 rev. 12.01.2003

**BAE SYSTEMS**
**Enterprise Systems Incorporated**
11487 Sunset Hills Road
Reston, Virginia 20190-5234

# CERTIFICATE OF SERVICE

```
District/off: 1084-1          User: root              Page 1 of 1              Date Rcvd: Aug 29, 2005
Case: 05-14132                Form ID: 185            Total Served: 1

The following entities were served by first class mail on Aug 31, 2005.
tr           Caplan, Michael J.,    827 E Santa Fe Ave,    Grants, NM 87020-2458

The following entities were served by electronic transmission.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 31, 2005**                    Signature:   *Joseph Speetjens*